Donald L. Samuels (CA State Bar No. 126287)
*donald.samuels@bryancave.com*
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

Katherine Keating (CA State Bar No. 217908)
*katherine.keating@bryancave.com*
**BRYAN CAVE LLP**
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999

Attorneys for Plaintiff and Counterdefendant
CITY OF BEVERLY HILLS

FILED
CLERK, U.S. DISTRICT COURT
November 2, 2015.
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

NO -JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| CITY OF BEVERLY HILLS,<br><br>Plaintiff,<br><br>v.<br><br>JT BRANDS, INC.,<br><br>Defendant. | Case No. CV-14-04662-SJO-JC<br><br>Hon. Judge S. James Otero<br><br>**ORDER GRANTING STIPULATED INJUNCTION**<br><br>Complaint filed: June 17, 2014<br><br>Counterclaims filed: Aug. 28, 2014 |
| JT BRANDS, INC.,<br><br>Counterclaimant and Third-Party Plaintiff,<br><br>v.<br><br>CITY OF BEVERLY HILLS,<br><br>Counterdefendant,<br><br>BEVERLY HILLS CHAMBER OF COMMERCE AND CIVIC ASSOCIATION, et al.,<br><br>Third-Party Defendants. | |

1  The Court, having considered the Stipulated Injunction of Plaintiff City of
Beverly Hills (the "City") and defendant JT Brands, Inc. ("JTB") with respect to the
City's Shield trademark depicted below (the "Shield Mark")



and the LOVE BEVERLY HILLS XX mark (both in word form and in the stylization depicted below) owned by the Beverly Hills Chamber of Commerce and Civic Association (the "LBHXX Mark")



and good cause appearing,

IT IS HEREBY ORDERED that the Stipulated Injunction is APPROVED, and IT IS FURTHER ORDERED that:

1. JTB, its owners, principals, officers, agents, subcontractors, employees, legal representatives, successors-in-interest, and assigns are permanently enjoined and restrained from directly or indirectly doing any of the following:

   a. Using the Shield Mark or LBHXX Mark in connection with the manufacturing, importing, exporting, distributing, licensing, selling, marketing, advertising, promoting, or offering for sale of any goods or services;

   b. Performing any act likely to tarnish or dilute the distinctive quality of the Shield Mark;

   c. Registering or seeking to register the Shield Mark or LBHXX Mark with any domestic or foreign agency, including but not limited to the United States Patent and Trademark Office ("USPTO");

    d. Challenging or assisting others in challenging, either directly or indirectly, the validity, ownership, or enforceability of the Shield Mark or LBHXX Mark in any U.S. court (state or federal) or other tribunal of the world, including but not limited to the USPTO.

  2. This Stipulated Injunction shall inure to the benefit of the City and its successors and assigns and will be binding on JTB's successors and assigns.

  3. No bond shall be posted in connection with this Stipulated Injunction.

IT IS SO ORDERED.

Dated: November 2, 2015  By:_____
             The Honorable S. James Otero
             United States District Court